UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN LORENZO HUDSON,

    Defendant.

25cr458 DSD/EMB

**INDICTMENT**

18 U.S.C. § 2114(a)
18 U.S.C. § 201(b)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
**(Attempted Robbery of a Mail Carrier)**

On or about April 17, 2025, in the State and District of Minnesota, the defendant,

**MARVIN LORENZO HUDSON,**

did attempt to rob B.F., an employee of the United States Postal Service and a person having lawful charge, custody, and control of property of the United States, of said property of the United States; all in violation of Title 18, United States Code, Section 2114(a).

### COUNT 2
**(Attempted Bribery of a Mail Carrier)**

On or about April 17, 2025, in the State and District of Minnesota, the defendant,

**MARVIN LORENZO HUDSON,**

SCANNED
DEC - 2 2025
U.S. DISTRICT COURT MPLS

United States v. Marvin Lorenzo Hudson

did, directly and indirectly, corruptly offer and promise a thing of value to B.F., a public official and employee of the United States Postal Service, with intent to induce B.F. to do an act in violation of his official duty, that is, to unlawfully provide the defendant with B.F.'s "arrow key," which is a key used by the United States Postal Service to access authorized receptacles for deposit of mail matter; all in violation of Title 18, United States Code, Section 201(b)(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON