**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Marvin Lorenzo Hudson,

Defendant.

No. 25-cr-458 (KMM/EMB)

**ORDER**

Marvin Lorenzo Hudson is charged with one count each of attempted robbery of a mail carrier, 18 U.S.C. § 2114(a), and attempted bribery of a mail carrier, 18 U.S.C. § 201(b)(1). He moved to suppress evidence obtained by the government as a result of its execution of a search warrant dated December 2, 2025. (Dkt. 33.) United States Magistrate Judge Elsa M. Bullard issued a Report and Recommendation (R&R) recommending that Mr. Hudson's motion be denied. (Dkt. 62.) Mr. Hudson filed timely objections to the R&R. (Dkt. 65.) Based on a de novo review of the mater, *see* 28 U.S.C. § 636(b), this Court adopts the findings and conclusions of the R&R in full.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 62) is **ACCEPTED**.
2. Defendant's Objections to the R&R (Dkt. 65) are **OVERRULED**.
3. Defendant's Motion to Suppress Evidence (Dkt. 33) is **DENIED**.

Date: August 24, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge